**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

JEANNIE M. UBEL,

            Plaintiff,

v.

CAROLYN W. COLVIN, COMMISSIONER
OF SOCIAL SECURITY,

            Defendant.

Civil No. 13-875 (JRT/JJG)

**ORDER ON REPORT
AND RECOMMENDATION**

    Karl E Osterhout, **OSTERHOUT DISABILITY LAW LLC,** 521 Cedar Way, Suite 200, Oakmont, PA 15139, Edward C Olson, **ATTORNEY AT LAW**, 331 Second Avenue South, Suite 420, Minneapolis, MN 55401 for plaintiff,

    Ann M Bildtsen, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE,** 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

    The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

    Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1. The Report and Recommendation are **ADOPTED**;

    2. Plaintiff Jeannie M. Ubel's Petition for Attorney's Fees under the Equal Access to Justice Act (ECF No. 19) IS **GRANTED IN PART** and **DENIED IN PART**;

    3. Plaintiff IS awarded $9,805 in attorney's fees; and

2

4. The Government is granted sixty days to determine if the fee award is subject to an offset.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 15, 2014                                s/John R. Tunheim
                                                              JOHN R. TUNHEIM
                                                              United States District Judge